1   GREGORY P. DRESSER (CA SBN 136532)          *JS-6*
    GDresser@mofo.com
2   ANGELA E. KLEINE (CA SBN 255643)
    AKleine@mofo.com
3   DENA M. COGGINS (CA SBN 249266)
    DCoggins@mofo.com
4   JASON A. MALINSKY (CA SBN 259761)
    JMalinsky@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, CA  94105-2482
    Telephone:  415.268.7000
7   Facsimile:  415.268.7522

8   Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A., erroneously
9   sued herein as WASHINGTON MUTUAL BANK,
    FA, AKA JPMORGAN CHASE NA
10

11  KATHRYN LEE BOYD, ESQ. (SBN 189496)
    kboyd@srbr-law.com
12  JEFF D. NEIDERMAN, ESQ. (SBN 203818)
    jneiderman@srbr-law.com
13  SCHWARCZ, RIMBERG, BOYD & RADER, LLP
    6310 San Vicente Blvd., Suite 360
14  Los Angeles, CA  90048
    Telephone:  323.302.9488
15  Facsimile:  323.931.4990

16  Attorneys for Plaintiff Ella Brezinger

17              UNITED STATES DISTRICT COURT

18      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

19

20  ELLA BREZINGER, an individual,      Case No. 2:11-cv-03159-DMG-PLA

21              Plaintiff,              **ORDER GRANTING
                                        DISMISSAL WITH PREJUDICE
22       v.                            [35]**

23  WASHINGTON MUTUAL BANK, FA,
    AKA JP MORGAN CHASE, NA, and
24  DOES 1 through 50, inclusive,

25              Defendant.

26

27

28

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1.      All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.      Each party is to bear her/its own fees and costs.


**IT IS SO ORDERED.**

Dated:  October 5, 2011

_____

DOLLY M. GEE
United States District Judge